# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

**CHRISTOPHER LEE MCDANIEL,**      3:11-CV-01070-BR

        **Plaintiff,**      **ORDER TO**
v.      **SHOW CAUSE**

**B.G.S.00 LLC, et al.,**

        **Defendants.**

Plaintiff filed his Complaint [1] on September 2, 2011, a First Amended Complaint on October 3, 2011 and a Second Amended Complaint on October 11, 2011. Federal Rule of Civil Procedure 4 requires Defendants to be served within 120 days after the Complaint is filed. The Court, on motion or on its own after notice to the Plaintiff, must dismiss the action without prejudice against those Defendants not served. To date Plaintiff has not filed proofs of service.

The Court hereby **ORDERS** Plaintiff to show cause in writing no later than March 30, 2012, why this action should not be dismissed for failure to serve Defendants and to file proofs of service.

IT IS SO ORDERED.

DATED this 16th day of March, 2012.

                                                /s/ Anna J. Brown

                                                ANNA J. BROWN
                                                United States District Judge