UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER LEE MCDANIEL,<br><br>                Plaintiff,<br><br>     v.<br><br>B.G.S.00 LLC. dba BOOMERS SPORTS BAR & GRILL, a Washington Limited Liability Company; B.G.S.00 LLC dba GOLD RUSH RESTAURANT AND LOUNGE, a Washington Limited Liability Company,<br><br>                Defendant. | CASE NO. 15-cv-05319 JRC<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXTENSION TO DISCLOSE EXPERT TESTIMONY |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Joint Status Report, Dkt. 48, p. 2). This matter is before the Court on plaintiff's motion for extension to disclose expert testimony (Dkt. 58). Defendant has responded (*see* Dkt. 60, 62).

Plaintiff Christopher Lee McDaniel asks the Court to amend the Court's Scheduling Order (Dkt. 51) to extend by 60 days the deadline to disclose expert testimony (FRCP Rule 26(a)(2)) from February 24, 2016 to April 25, 2016. Dkt 58. Plaintiff has presented no evidence regarding why he was unable to comply with the scheduling order.

A scheduling order can be modified only on a showing of good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4). The District's Local Rules further provide that the parties are bound by the dates specified in the scheduling order and mere failure to complete discovery within the time allowed does not constitute good cause for an extension or continuance. LCR 16(b)(4).

Since plaintiff has made no showing of good cause, plaintiff's motion is DENIED.

Dated this 4th day of March, 2016.

J. Richard Creatura
United States Magistrate Judge

ORDER ON PLAINTIFF'S MOTION FOR
EXTENSION TO DISCLOSE EXPERT
TESTIMONY - 2